METHOW VALLEY CITIZENS COUN-
CIL, et al., Plaintiffs–Appellants,

v.

REGIONAL FORESTER, etc., et al.,
Defendants–Appellees.

No. 86–4108.

United States Court of Appeals,
Ninth Circuit.

July 24, 1989.

Before GOODWIN and FERGUSON,
Circuit Judges, and STEPHENS,*
Senior District Judge.

ORDER

The decision of the district court affirm-
ing the Forest Service's Record of Decision
and dismissing the claims of the plaintiffs
regarding the Environmental Impact State-
ment (EIS) prepared by the Forest Service
pursuant to the requirements of the Na-
tional Environmental Policy Act (NEPA)

* Honorable Albert Lee Stephens, Jr., Senior Unit-
ed States District Judge, Central District of Cali-
fornia, sitting by designation.

was reversed by this court, *Methow Valley Citizens Council v. Regional Forester,* 833 F.2d 810 (9th Cir.1987).

The Supreme Court, in *Robertson v. Methow Valley Citizens Council,* —— U.S. ——, 109 S.Ct. 1835, 104 L.Ed.2d 351 (1989), reversed only in part the decision of this court. The other parts of this court's decision regarding the EIS were neither challenged by the Forest Service nor considered by the Supreme Court.

The decision of the district court is reversed and remanded for entry of appropriate relief in accordance with the opinion of this court and the opinion of the Supreme Court.

All applications for attorney fees are remanded to the district court for appropriate disposition.